KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| RICHARD KEITH BENNETT<br>SANDRA C. BENNETT | Bankruptcy No. 08-25234 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in Bank of New York Mellon, Account # 92000240669066.

3. The amounts are as follows:

| | |
|---|---|
| Express Recovery Services<br>P.O. Box 26415<br>Salt Lake City, Utah 84126 | $2.30 |
| Intermountain Health Care<br>P.O. Box 27808<br>Salt Lake City, Utah 84127-0808 | 3.18 |

4. A check in the amount of $5.48, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _19th_ day of _March_____, 2010.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 19th day of March_____, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____
[signature]